Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775
mcfallon@fallonlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                                        Case No. 10-13509

Frazier Winery LLC                                            Chapter 11
IDN 68-0258539

        Debtor.
_____/

CHAPTER 11 DEBTOR'S APPLICATION FOR
AUTHORITY TO EMPLOY COUNSEL, DECLARATION
OF MICHAEL FALLON, ORDER THEREON

        The Application of Frazier Winery LLC represents:

        1. On September 10, 2010, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code, and it is a debtor in possession.

        2. The Debtor wishes to employ Michael Fallon, who is duly admitted to practice in this court, to represent it in this case.

        3. The Debtor has determined that Michael Fallon has had experience in matters of this character and is qualified to represent it.

        4. The professional services which Michael Fallon will render are the general representation of the Debtor in this case and the performance of all legal services for the Debtor which may be necessary herein.

        5. To the best of the knowledge of the managing member, Michael Fallon has not had any connection with the Debtor's creditors, or any party in interest herein, or their respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the

1

United States Trustee. To the best of the knowledge of the Managing Member, he does not represent any interest adverse to the Debtor or this estate, and is a disinterested person within the meaning of 11 U.S.C. §101(14).

6. Michael Fallon has agreed to represent your Applicant at the following rates from himself and supporting personnel:

Michael Fallon: $400 per hour

Legal Assistant: $150 per hour

WHEREFORE, the Debtor requests that it be authorized to employ Michael Fallon as its attorney.

Dated: October 4, 2010            Frazier Winery LLC

                                               /s/ Willard Frazier
By_____
                 Willard Frazier
                 Its Managing Member

**DECLARATION OF MICHAEL FALLON RE DEBTOR'S APPLICATION FOR AUTHORITY TO EMPLOY COUNSEL**

I, MICHAEL FALLON, declare:

1. I am an attorney at law licensed to practice before the Federal Courts for the Northern District of California.

2. To the best of my knowledge, I have not had any connection with the Debtor, its creditors, or any party in interest herein, or its respective attorneys or accountants, the United States Trustee, or any person employed in the Office of the United States Trustee. To the best of my knowledge, I do not represent any interest adverse to the Debtor or this estate.

I declare under penalty of perjury that the forgoing is true and correct and that this declaration was executed by me on October 4, 2010, at Santa Rosa, California.

                                               /s/ *Michael C. Fallon*
                                               _____
                                               Michael C. Fallon

| | |
|---|---|
| 1 | **ORDER AUTHORIZING DEBTOR** |
| 2 | **TO EMPLOY COUNSEL** |

## ORDER AUTHORIZING DEBTOR
## TO EMPLOY COUNSEL

The court having considered the Application of the Debtor for authorization to employ Michael Fallon to represent it and the Declaration of Michael Fallon which accompanies the said Application, the court being satisfied that Michael Fallon does not hold or represent any interest adverse to the estate and is a disinterested person within the meaning of 11 U.S.C. §101(14),

IT IS HEREBY ORDERED the Debtor is authorized to employ Michael Fallon to represent it under a general retainer in this case.

Dated: October 11, 2010

_____
Alan Jaroslovsky
U.S. Bankruptcy Judge