Michael C. Fallon, SBN 088313
Attorney at Law
100 E Street, Suite 219
Santa Rosa, California 95404
Telephone: (707) 546-6770
Facsimile: (707) 546-5775

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re:                                              Case No. 10-13509

Frazier Winery LLC                                  Chapter 11
IDN 68-0258539

    Debtor.
_____/

CHAPTER 11 DEBTOR'S
STATUS CONFERENCE STATEMENT

    Frazier Winery, LLC ("Frazier"), located in Napa County, is a Limited Liability Company with a single member, Willard ("Bill") Frazier. When the Debtor was not able to pay the nearly $400,000 owed to It's A Jungle Out There, Inc. ("It's A Jungle") on its claim secured by the assets of the Debtor, It's A Jungle obtained a pre-judgment writ that allowed It's A Jungle to take control of the Debtor's inventory valued at nearly 2 million dollars. The chapter 11 was filed on the eve of the day the Napa County Sheriff was to remove the inventory pursuant to the writ.

    This chapter 11 is quite possibly the first of three chapter 11's, the second chapter 11 would be filed by Lupine Hill Vineyard ("Lupine Hill"), a limited liability company whose members are Bill Frazier and his children, the third chapter 11 would be filed by Bill Frazier.

    Lupine Hill owns the 46 acres from which Frazier Winery operates the winery. The property consists of approximately 11 acres in grapes, the winery facility, wine caves, and two rental properties. Lupine Hill is encumbered with a deed of trust held by Chase, a second deed of trust held by Bank of Alameda that is cross-collateralized with Bill Frazier's home, and a third deed of trust held by It's a Jungle. All three deeds of trust are in foreclosure.

1

Bill Frazier's home consists of 15 acres, 9 acres in grapes that are sold to Frazier Winery and is encumbered by a first deed of trust held by Chase, the Bank of Alameda second deed of trust, a third deed of trust held by Elaine Frazier, the former spouse, and a fourth deed of trust held by Robert Hower, a principal in It's A Jungle.

Bill Frazier is in negotiations with It's A Jungle and Robert Hower for a forbearance agreement to allow time for the sale of the winery, Lupine Hill, and Bill Frazier's home. If an agreement cannot be reached, the chapter 11's will be filed followed by a motion to consolidate the three cases.

The Debtor has entered a cash collateral stipulation with It's A Jungle and an order entered on the stipulation. Notice of the stipulation has been served.

An order has been entered designating Bill Frazier as the individual responsible for the acts of the Debtor.

Bill Frazier has participated in the Initial Debtor Interview but he has not attended the Meeting of Creditors.

There is only plan that makes sense is a plan that calls for the sale of the winery (and Lupine Hill and the home of Bill Frazier). The Debtor would suggest a 180 day deadline to complete to get its plan confirmed.

Dated: October 28, 2010                     Respectfully submitted,


                                            /s/ *Michael C. Fallon*
                                            _____
                                            Michael C. Fallon
                                            Attorney for the Debtor

Case: 10-13509   Doc# 18   Filed: 10/28/10   Entered: 10/28/10 10:23:53   Page 2 of 2

2