UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re

FRAZIER WINERY, LLC.,                    No. 10-13509

                Debtor(s).
_____/

Status Conference Order
_____

      This Chapter 11 case came on for status conference this date. The court considered the debtor's status conference statement, the representations of its counsel, the interests of creditors, and the comments of the U.S. Trustee. Pursuant to the court's authority under § 105 of the Bankruptcy Code, and good cause appearing therefor,

      IT IS ORDERED that this case shall be converted to Chapter 7 on May 4, 2011, if a plan has not been confirmed by then.

Dated: November 5, 2010

                                            Alan Jaroslovsky
                                            U.S. Bankruptcy Judge